United States District Court
Eastern District of Arkansas
Delta Division

Gabriel Gonzalez
Petitioner, Pro Se

v.

C. Garrett, Warden
Respondent

Case Number
2:24-CV-00151-LPR-PSH

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 19 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## Motion for Extension of Time

Gabriel Gonzalez asks this Honorable Court to find good-cause to grant him a brief extension of time to file his objections to the Magistrate's Findings and Recommendation.

Gonzalez was served with the Magistrate's F&R (Doc. 31) on 5/08/25 through the prison's regular, internal mail system and not through the prison's legal mail system. Gonzalez wishes to exercise his right to file his objection brief to the F&R, but because of the late service of this document to him, is unable to do so within the 14-day time frame to do so from the date of the Recommendation.

Gonzalez asserts it is necessary for him to research and utilize the prison's law library resources in order to prepare and tender a proper brief for this court's examination. Gonzalez wishes to use his full 15-day allotment of time to do so.

For these reasons, Gonzalez asks that this court find good-cause in the points and facts cited above that, through no fault of his own, Gonzalez is unable to fulfill his original deadline, and that he be granted a brief 14-day extension of time to file his objection brief with this court.

## Verification

I have read the foregoing Motion and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 10th day of May, 2025.

                                                            Gabriel Gonzalez
                                                            Petitioner, Pro Se

## Certificate of Service

I certify under the penalty of perjury that the foregoing Motion was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 10th day of May, 2025. Gonzalez asks this court's clerk to serve all other interested parties via electronic notification and to serve him with a stamped FILED copy of this Motion.

                                                            Gabriel Gonzalez
                                                           Petitioner, Pro Se