FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 3 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

United States District Court
Eastern District of Arkansas
Delta Division

Gabriel Gonzalez
Petitioner, Pro Se

Case Number
2:24-CV-00151-LPR-PSH

v.

C. Garrett, Warden
Respondent

Second Objection to Magistrate's
Findings and Recommendations


    Gabriel Gonzalez submits this objection brief to address the Magistrate's 'conversion of claims' portion of the F & R. (Doc. 31-0).


I.  Introduction


    The Magistrate's ruling misinterprets the substantive relationship between the 9-bulleted items she indentifies as conditions of confinement challenges that relate to the execution of Gonzalez' sentence. The interpretation-of-law factors and the sentence calculation issue described throughout Gonzalez' pleadings relate to facts, or duration-of-confinement matters that are cognizable under § 2241. The Magistrate's conclusion that Gonzalez desires not to convert this action into a conditions-of-confinement case based upon the parsing of these issues is incorrect for several reasons.

1

II.  Objection 1: The Magistrate has improperly disunited the interrelated
     components of the issue in this case.

     The evolution and developments that have arisen in the litigation of this
case have undoubtedly been a wild-ride. It is now apparent that the prison has
made several attempts to detract this court's attention away from their concealment
of staff misconduct activities, their material misrepresentation or omission of
Gonzalez' FSA time credit records by altering  them after they had been submitted
to this court, and their morass of internal documents that are either scrubbed
or claimed to authorize the Bureau to deviate from the mandates of 18 U.S.C. § 3632
inter alia.

     These complications, however, do not necessitate their severance from one
another because the issue presented for resolution remains: the proper and complete
assessment and recording of Gonzalez' time credits to his prison records. It is
because this court need only address this single issue that this matter can be
resolved by evaluating whether the appropriate and lawful method of FSA sentence-
calculation assessment was provided to Gonzalez.

III. Objection 2: The Magistrate has incorrectly considered Gonzalez' motion
     for stay.

     Gonzalez has notified this court of the ongoing efforts made by prison staff
that curtail his efforts to litigate this matter with the court. Several of the
most recent of these appear on or about April 18, 2025, when the court's clerk
filed Gonzalez' Motion for Stay. (Doc. 30). In this motion, Gonzalez detailed
that the prison's law library had been closed for 2 months, making access to its
legal resource materials impossible. Gonzalez further explained that the prison
terminated his 510 FSA phone minutes despite his eligibility to receive this
reward. This condition left him without the ability to discuss these legal matters

with off-site legal professionals in furtherance of this case.

Gonzalez was left without the legal assistance, resource materials, or other information necessary to advance his effort to make a knowing and intelligent decision whether to pursue a separate action resulting from the severance of these issues or to stay his course. Despite notification of these obstructive conditions, the Magistrate construed Gonzalez' motion as his decision not to convert this action to a conditions-of-confinement case. Gonzalez objects to this conclusion as prematurely based on the above preconditions that, through no fault of his own, have prevented him from making an intelligent choice. The fact that Gonzalez has been able to survive thus far with his previously made research and presentations is irrelevant because those pleadings were not affected by the new conditions cited in Doc. 30.

Conclusion

Gonzalez wishes to pursue this case in his effort to secure and receive a proper, complete FSA Time Credit Assessment record. The calculation Gonzalez seeks is consistent with the 9/05/24 record the Bureau previously provided to this court. (see Doc. 21-1, pp. 20, 21). Gonzalez is untrained, unskilled, and uneducated in matters of formal litigation as evinced by his inartful pleadings to this court. If the court concludes that this sentence-calculation, execution-of-sentence issue is better served under the auspices of a conditions-of-confinement claim, then Gonzalez will defer to the court's wisdom in converting his case to a different procedural vehicle identified to be appropriate to hear this matter. But Gonzalez does not believe this conversion will change his claim. He does not ask the court to order a designation, change of placement, nor transfer to prerelease custody. He only asks that his prison records be corrected and made to reflect his accurate FSA time credits consistent with the mandates of

3

§ 3632(d)(4)(A–C), and of the related statutes under § 3621(h) and § 3624(g)(1)(A–D).

For these reasons, Gonzalez asks this Honorable Court to reject the Magistrate's F & R as to the above portion of her opinion, or if the court determines this matter is better served under an alternative procedural vehicle, to convert this matter to one identified by the court as the proper procedural mechanism for further consideration of his sentence–calculation correction claim.

## Verification

I have read the foregoing Second Objection and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 15th day of May, 2025.

Gabriel Gonzalez
Petitioner, Pro Se

## Certificate of Service

I certify under the penalty of perjury that the foregoing Second Objection was placed in the prison's internal mail system, postage pre–paid, for service upon this court via U.S. mail on this 15th day of May, 2025. Gonzalez asks this court's clerk to serve all other interested parties via electronic notification and to serve him with a stamped FILED copy of this Second Objection.

Gabriel Gonzalez
Petitioner, Pro Se