**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 11 2025

TAMMY H. DOWNS, CLERK

By: _____
                              DEP CLERK

Case Number
2:24-CV-00151-LPR-PSH

United States District Court
Eastern District of Arkansas
Delta Division

Gabriel Gonzalez
Petitioner, Pro Se

v.

C. Humphrey, Warden
Respondent

Motion to add newly discovered evidence

Gabriel Gonzalez asks this Honorable Court to add the enclosed document
to the record for its examination in the resolution of this matter as explained
herein.

Mr. Gonzalez has recently acquired a relevant, material time-credit document
that sheds significant light on the sentence-miscalculation issue central
to this matter. (see Exhibit 7). Mr. Gonzalez provides a brief recap of
his claim, for the court's convenience, as well as his proposed evaluation
of this newly-acquired record that was not previously available, along with
the significant role this information has in the court's proper resolution of
this matter.

This new evidence relates to the claim that Mr. Gonzalez has received an
incorrect sentence-calculation that has resulted in his false imprisonment because
his proper and correct calculation shows he should have been released from imprisonment
on or about June of 2024.

A charted break-down of each 30-day period between 12/21/2018 (the inception
date of the FIRST STEP ACT) to Mr. Gonzalez's Statutory Projected Release Date
of 9/17/2031 is presented for clarification purposes. (Exhibit 1). This assessment

shows Mr. Gonzalez will accrue 4650 program days during this period. This will yield a total of 2295 days of FSA Time Credits—resulting in an FSA Projected Release Date of 6/05/2025. This date, when taken in combination with his Second Chance Act Conditional Placement Days of 365, results in Mr. Gonzalez's Conditional Transition to Community Date becoming 6/05/2024. Despite this obvious and clear portrayal of his FSA Time Credit Assessment, the Bureau and its agents have presented Mr. Gonzalez with their adulterated version of his assessment that is at odds with the several statutory provisions governing FSA time credit calculations and application, (18 U.S.C. § 3632(d)(4)(C) and § 3624, et alia, as follows;

On or about 9/05/2024, Mr. Gonzalez was provided his FSA Time Credit Assessment sheet that showed he was expected to be released from imprisonment, based on his earned and projected FSA time credits (FSA Conditional Placement Days=1735), on 12/17/2025. This date, coupled with his 365 days of SCA time credits, provided him with a release from imprisonment date of 12/17/2024. (Exhibit 2).

On or about 10/15/2024, however, Mr. Gonzalez was given a reassessment of his FSA Time Credit sheet by his Unit Team. This reassessment showed that Mr. Gonzalez's FSA Conditional Placement Days were reduced to 1150 FTCs. (Exhibit 3). When asked for an explanation supporting the FTC reduction, staff members told Mr. Gonzalez that 1150 was the maximum amount he could ever earn and that his 1150 FTCs would never increase. Staff members also explained that this new calculation was computed through to his Projected Release Date. Staff refused to explain the particular methodology used in this reassessment and told him he was being credited with the maximum number of FTCs he was projected to earn under the FIRST STEP ACT.

Mr. Gonzalez challenged his reassessment computation more than a dozen times using the prison's formal Administrative Grievance Process and met with negative results. For the next year, Mr. Gonzalez's Conditional Placement Days remained

at 1150 FTCs. His Accrued Program Days, however, continued to increase from 2125 days on 10/15/2024 to 2407 days on 7/24/2025. When Mr. Gonzalez asked BOP staff members about this discrepancy, staff told him his FTCs were accurate and that he should not be concerned with his Accrued Program Days calculation. (Exhibit 4).

On or about 10/16/2025, Mr. Gonzalez was given his latest FSA Time Credit Assessment sheet. This assessment showed he has accrued 2491 Accrued Program Days and that his FSA Conditional Placement Days (FTCs) have increased to 1165. (Exhibit 5). When Mr. Gonzalez asked his Unit Team for an explanation as to why he has only been awarded 15 FTCs for the entire 12-months between October, 2024 to October, 2025; he was told that they don't know and that FSA time credits are not calculated at the prison level. Mr. Gonzalez reminded staff that he had recently submitted a request for an FSA recalculation to Rick Stover—FSA Administrator over the BOP's FSA Task Force, on or about 7/21/2025. (Exhibit 6). Mr. Gonzalez also reminded staff that Administrator Stover at the Designation and Sentence Computation Center (DSCC) had forwarded his complaint back to Mr. Gonzalez's Unit Team advising them that DSCC does not perform calculations regarding FSA/SCA credits, and that these matters should continue to be addressed through the appropriate channels at the institution level. (Exhibit 6, p.5). Mr. Gonzalez was then advised by staff that there was nothing that can be done at the institution level since staff can only act on the FSA computations that are provided to them from DSCC.

On or about 10/30/2025, Mr. Gonzalez received a response to his previously submitted BP-8 grievance challenging his FSA/SCA credit calculation. As part of the Prison's response, Mr. Gonzalez was given a copy of his Sentence Monitoring sheet titled: "New Independent Sentence Computation—FSA." (Exhibit 7). While this was provided to show how the BOP calculates SCA Conditional Placement Days, it also disclosed the Bureau's methodology for severing the very FTCs Mr. Gonzalez has sought for the past year. This methodology is as follows:

1.      Under the subheading 'Jail Credit' appears a range of dates from 7/27/2026
through 9/17/2030.

2.      These dates (roughly) correspond with Mr. Gonzalez's Conditional Transition
to Community Date (7/25/2026) and his FSA Projected Release Date (9/17/2030).

3.      Under the subheading "JC Days' a calculation of 1514 appears to delineate
the number of program days that Mr. Gonzalez accrues during this period.

4.      These 1514 days equates to 4.15 years. This is also the amount of time
Mr. Gonzalez will spend in prerelease custody under the FIRST STEP ACT.

5.      When this time is evaluated and computed using Mr. Gonzalez's present FSA
time credit factor of 15 (see § 3632(d)(4)(A)(ii)), the result produces a
sum total of approximately 2.4-2.8 years of unaccounted for FSA time credits.

A review of this sum, compared with the 2-year discrepancy in time credits
Mr. Gonzalez should have received front-loaded to his FSA Time Credit Assessments
reveals that the Bureau, for its own purposes, has severed this portion of credits
from his calculus and has falsely portrayed that his current assessments as complete.
The Bureau's secretive Sentence Monitoring Sheet belies the assertion that his
computation is correct because; (1) Mr. Gonzalez has already received the maximum
FTCs allowable toward his Supervised Release (indicated by the use of his FSA PRD
of 9/17/2030, instead of his Statutory PRD of 9/17/2031), and (2) the 2+ years
of FTCs Mr. Gonzalez is owed has been predetermined to be discarded since the BOP
will be unable to apply those credits to either his Supervised Release (because
that option has already been exhausted) or to his early release to prerelease custody

(since Mr. Gonzalez will already be there when the BOP registers these credits
to his FSA assessment sheet). It is in this way that the BOP will be unable to
comply with the time credit application mandate of § 3632(d)(4)(C) and has shown
its hand that it intends to, or already has, deprived Mr. Gonzalez of his full
and true FSA time credits.

Conclusion

Mr. Gonzalez has shown, based upon the information provided to him in Exhibit 7,
that the BOP's sentence computation in his case has been wrong and the BOP has
been aware of this fact from the beginning. Mr. Gonzalez has never been shown
his Sentence Monitoring record, nor has he ever known of its existence. When the
Respondent advised this court that Mr. Gonzalez's entire custodial term had been
computed, this was true, but the records that were presented to the court were
misleading because they did not include this important piece of information, causing
the court to believe it had received Mr. Gonzalez's full assessment records. Exhibit 7
shows the very time credits that are at issue (2+ years of severed FTCs) and demonstrates
that the Respondent has planned, all along, to discard these credits without ever
having applied them to either Mr. Gonzalez's prerelease custody or supervised release
term as required under § 3632(d)(4)(C).

While this case is not submitted as a tort or Bivens claim, Mr. Gonzalez has
provided this court with material information, facts, and evidence to show: (1) a
legal duty existed between Mr. Gonzalez and the Respondent to apply his credits,
(2) the Respondent made a material misrepresentation of facts, (3) the misrepresentation
was a breach of the duty owed to Mr. Gonzalez, (4) the misrepresentation was of
a type considered fraudulent because of its tendency to deceive others, (5) Mr.
Gonzalez justifiably relied on the misrepresentation or the Respondent    intended

to induce Mr. Gonzalez to act in reliance upon the misrepresentation, and (6) Mr.
Gonzalez was harmed as a result of the reliance.

For the reasons explained herein, and in consideration of the points, facts,
and information provided in his previously submitted pleadings to this court, Mr.
Gonzalez asks this court to find the BOP has erred in failing to include the FSA
time credits accounted for in his Sentence Monitoring—FSA computation, and to issue
an order that the Respondent recalculate his FSA Time Credit Assessment that includes
these lost 2+ years of unaccounted for time credits.


## Verification

I have read the foregoing Motion to add evidence and hereby verify that the
matters alleged herein are true, except as to matters alleged on information and
belief, and as to those, I believe them to be true and correct. Executed at Forrest
City, Arkansas on this 4th day of December, 2025.

Gabriel Gonzalez
Petitioner, Pro Se


## Certificate of Service

I certify under the penalty of perjury that the foregoing Motion to add evidence
was placed in the prison's internal mail system, postage pre-paid, for service
upon this court via U.S. mail on this 4th day of December, 2025. Mr. Gonzalez
asks this court's clerk to serve all other interested parties via electronic
notification and to serve him with a stamped filed copy of this motion.

Gabriel Gonzalez
Petitioner, Pro Se

## FSA Time Credits Assessment And Projection

**Gabriel Gonzalez**          Reg. No. 30515-112                    Statutory Release Date (GCT): 09/17/2031

| Date | Accrued Program Days | Total Discredited Program Days | Newly Discredited Program Days | Time Credit Factor | Total FTC | FTCs Toward Release | FTCs Toward Prerelease Custody | Projected Release Date (FSA) | FSA Premise so Custody Date |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2018 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 09/17/2031 | N/A |
| 01/20/2019 | 30 | 0 | 0 | 10 | 10 | 10 | 0 | 09/07/2031 | N/A |
| 02/19/2019 | 60 | 0 | 0 | 10 | 20 | 20 | 0 | 08/28/2031 | N/A |
| 03/21/2019 | 90 | 0 | 0 | 10 | 30 | 30 | 0 | 08/18/2031 | N/A |
| 04/20/2019 | 120 | 0 | 0 | 10 | 40 | 40 | 0 | 08/08/2031 | N/A |
| 05/20/2019 | 150 | 0 | 0 | 10 | 50 | 50 | 0 | 07/29/2031 | N/A |
| 06/19/2019 | 180 | 0 | 0 | 10 | 60 | 60 | 0 | 07/19/2031 | N/A |
| 07/19/2019 | 210 | 0 | 0 | 15 | 75 | 75 | 0 | 07/04/2031 | N/A |
| 08/18/2019 | 240 | 0 | 0 | 15 | 90 | 90 | 0 | 06/19/2031 | N/A |
| 09/17/2019 | 270 | 0 | 0 | 15 | 105 | 105 | 0 | 06/04/2031 | N/A |
| 10/17/2019 | 300 | 0 | 0 | 15 | 120 | 120 | 0 | 05/20/2031 | N/A |
| 11/16/2019 | 330 | 0 | 0 | 15 | 135 | 135 | 0 | 05/05/2031 | N/A |
| 12/16/2019 | 360 | 0 | 0 | 15 | 150 | 150 | 0 | 04/20/2031 | N/A |
| 01/15/2020 | 390 | 0 | 0 | 15 | 165 | 165 | 0 | 04/05/2031 | N/A |
| 02/14/2020 | 420 | 0 | 0 | 15 | 180 | 180 | 0 | 03/21/2031 | N/A |
| 03/15/2020 | 450 | 0 | 0 | 15 | 195 | 195 | 0 | 03/06/2031 | N/A |
| 04/14/2020 | 480 | 0 | 0 | 15 | 210 | 210 | 0 | 02/19/2031 | N/A |
| 05/14/2020 | 510 | 0 | 0 | 15 | 225 | 225 | 0 | 02/04/2031 | N/A |
| 06/13/2020 | 540 | 0 | 0 | 15 | 240 | 240 | 0 | 01/20/2031 | N/A |
| 07/13/2020 | 570 | 0 | 0 | 15 | 255 | 255 | 0 | 01/05/2031 | N/A |
| 08/12/2020 | 600 | 0 | 0 | 15 | 270 | 270 | 0 | 12/21/2030 | N/A |
| 09/11/2020 | 630 | 0 | 0 | 15 | 285 | 285 | 0 | 12/06/2030 | N/A |
| 10/11/2020 | 660 | 0 | 0 | 15 | 300 | 300 | 0 | 11/21/2030 | N/A |
| 11/10/2020 | 690 | 0 | 0 | 15 | 315 | 315 | 0 | 11/06/2030 | N/A |
| 12/10/2020 | 720 | 0 | 0 | 15 | 330 | 330 | 0 | 10/22/2030 | N/A |
| 01/09/2021 | 750 | 0 | 0 | 15 | 345 | 345 | 0 | 10/07/2030 | N/A |
| 02/08/2021 | 780 | 0 | 0 | 15 | 360 | 360 | 0 | 09/22/2030 | N/A |
| 03/10/2021 | 810 | 0 | 0 | 15 | 375 | 365 | 10 | 09/17/2030 | 09/07/2030 |
| 04/09/2021 | 840 | 0 | 0 | 15 | 390 | 365 | 25 | 09/17/2030 | 08/23/2030 |
| 05/09/2021 | 870 | 0 | 0 | 15 | 405 | 365 | 40 | 09/17/2030 | 08/08/2030 |
| 06/08/2021 | 900 | 0 | 0 | 15 | 420 | 365 | 55 | 09/17/2030 | 07/24/2030 |
| 07/08/2021 | 930 | 0 | 0 | 15 | 435 | 365 | 70 | 09/17/2030 | 07/09/2030 |
| 08/07/2021 | 960 | 0 | 0 | 15 | 450 | 365 | 85 | 09/17/2030 | 06/24/2030 |
| 09/06/2021 | 990 | 0 | 0 | 15 | 465 | 365 | 100 | 09/17/2030 | 06/09/2030 |
| 10/06/2021 | 1020 | 0 | 0 | 15 | 480 | 365 | 115 | 09/17/2030 | 05/25/2030 |
| 11/05/2021 | 1050 | 0 | 0 | 15 | 495 | 365 | 130 | 09/17/2030 | 05/10/2030 |
| 12/05/2021 | 1080 | 0 | 0 | 15 | 510 | 365 | 145 | 09/17/2030 | 04/25/2030 |
| 01/04/2022 | 1110 | 0 | 0 | 15 | 525 | 365 | 160 | 09/17/2030 | 04/10/2030 |
| 02/03/2022 | 1140 | 0 | 0 | 15 | 540 | 365 | 175 | 09/17/2030 | 03/26/2030 |
| 03/05/2022 | 1170 | 0 | 0 | 15 | 555 | 365 | 190 | 09/17/2030 | 03/11/2030 |
| 04/04/2022 | 1200 | 0 | 0 | 15 | 570 | 365 | 205 | 09/17/2030 | 02/24/2030 |
| 05/04/2022 | 1230 | 0 | 0 | 15 | 585 | 365 | 220 | 09/17/2030 | 02/09/2030 |
| 06/03/2022 | 1260 | 0 | 0 | 15 | 600 | 365 | 235 | 09/17/2030 | 01/25/2030 |
| 07/03/2022 | 1290 | 0 | 0 | 15 | 615 | 365 | 250 | 09/17/2030 | 01/10/2030 |
| 08/02/2022 | 1320 | 0 | 0 | 15 | 630 | 365 | 265 | 09/17/2030 | 12/26/2029 |
| 09/01/2022 | 1350 | 0 | 0 | 15 | 645 | 365 | 280 | 09/17/2030 | 12/11/2029 |
| 10/01/2022 | 1380 | 0 | 0 | 15 | 660 | 365 | 295 | 09/17/2030 | 11/28/2029 |
| 10/31/2022 | 1410 | 0 | 0 | 15 | 875 | 365 | 310 | 09/17/2030 | 11/11/2029 |
| 11/30/2022 | 1440 | 0 | 0 | 15 | 690 | 365 | 325 | 09/17/2030 | 10/27/2029 |
| 12/30/2022 | 1470 | 0 | 0 | 15 | 705 | 365 | 340 | 09/17/2030 | 10/12/2029 |
| 01/29/2023 | 1500 | 0 | 0 | 15 | 720 | 365 | 355 | 09/17/2030 | 09/27/2029 |
| 02/28/2023 | 1530 | 0 | 0 | 15 | 735 | 365 | 370 | 09/17/2030 | 09/12/2029 |
| 03/30/2023 | 1560 | 0 | 0 | 15 | 750 | 365 | 385 | 09/17/2030 | 08/28/2029 |
| 04/29/2023 | 1590 | 0 | 0 | 15 | 765 | 365 | 400 | 09/17/2030 | 08/13/2029 |
| 05/29/2023 | 1620 | 0 | 0 | 15 | 780 | 365 | 415 | 09/17/2030 | 07/29/2029 |
| 06/28/2023 | 1650 | 0 | 0 | 15 | 795 | 365 | 430 | 09/17/2030 | 07/14/2029 |
| 07/28/2023 | 1680 | 0 | 0 | 15 | 810 | 365 | 445 | 09/17/2030 | 06/29/2029 |

*EXHIBIT 1*
*1 OF 3*

## FSA Time Credits Assessment And Projection

**Gabriel Gonzalez**          **Reg. No. 30515-112**                    **Statutory Release Date (GCT): 09/17/2031**

| Date | Accrued Program Days | Total Disallowed Program Days | Newly Disallowed Program Days | Time Credit Factor | Total FTC | FTCs Toward Release | FTCs Toward Prerelease Custody | Projected Release Date (FSA) | FSA Prerelease Custody Date |
|---|---|---|---|---|---|---|---|---|---|
| 08/27/2023 | 1710 | 0 | 0 | 15 | 825 | 365 | 460 | 09/17/2030 | 06/14/2029 |
| 09/26/2023 | 1740 | 0 | 0 | 15 | 840 | 365 | 475 | 09/17/2030 | 05/30/2029 |
| 10/26/2023 | 1770 | 0 | 0 | 15 | 855 | 365 | 490 | 09/17/2030 | 05/15/2029 |
| 11/25/2023 | 1800 | 0 | 0 | 15 | 870 | 365 | 505 | 09/17/2030 | 04/30/2029 |
| 12/25/2023 | 1830 | 0 | 0 | 15 | 885 | 365 | 520 | 09/17/2030 | 04/15/2029 |
| 01/24/2024 | 1860 | 0 | 0 | 15 | 900 | 365 | 535 | 09/17/2030 | 03/31/2029 |
| 02/23/2024 | 1890 | 0 | 0 | 15 | 915 | 365 | 550 | 09/17/2030 | 03/16/2029 |
| 03/24/2024 | 1920 | 0 | 0 | 15 | 930 | 365 | 565 | 09/17/2030 | 03/01/2029 |
| 04/23/2024 | 1950 | 0 | 0 | 15 | 945 | 365 | 580 | 09/17/2030 | 02/14/2029 |
| 05/23/2024 | 1980 | 0 | 0 | 15 | 960 | 365 | 595 | 09/17/2030 | 01/30/2029 |
| 06/22/2024 | 2010 | 0 | 0 | 15 | 975 | 365 | 610 | 09/17/2030 | 01/15/2029 |
| 07/22/2024 | 2040 | 0 | 0 | 15 | 990 | 365 | 625 | 09/17/2030 | 12/31/2028 |
| 08/21/2024 | 2070 | 0 | 0 | 15 | 1005 | 365 | 640 | 09/17/2030 | 12/16/2028 |
| 09/20/2024 | 2100 | 0 | 0 | 15 | 1020 | 365 | 655 | 09/17/2030 | 12/01/2028 |
| 10/20/2024 | 2130 | 0 | 0 | 15 | 1035 | 365 | 670 | 09/17/2030 | 11/16/2028 |
| 11/19/2024 | 2160 | 0 | 0 | 15 | 1050 | 365 | 685 | 09/17/2030 | 11/01/2028 |
| 12/19/2024 | 2190 | 0 | 0 | 15 | 1065 | 365 | 700 | 09/17/2030 | 10/17/2028 |
| 01/18/2025 | 2220 | 0 | 0 | 15 | 1080 | 365 | 715 | 09/17/2030 | 10/02/2028 |
| 02/17/2025 | 2250 | 0 | 0 | 15 | 1095 | 365 | 730 | 09/17/2030 | 09/17/2028 |
| 03/19/2025 | 2280 | 0 | 0 | 15 | 1110 | 365 | 745 | 09/17/2030 | 09/02/2028 |
| 04/18/2025 | 2310 | 0 | 0 | 15 | 1125 | 365 | 760 | 09/17/2030 | 08/18/2028 |
| 05/18/2025 | 2340 | 0 | 0 | 15 | 1140 | 365 | 775 | 09/17/2030 | 08/03/2028 |
| 06/17/2025 | 2370 | 0 | 0 | 15 | 1155 | 365 | 790 | 09/17/2030 | 07/19/2028 |
| 07/17/2025 | 2400 | 0 | 0 | 15 | 1170 | 365 | 805 | 09/17/2030 | 07/04/2028 |
| 08/16/2025 | 2430 | 0 | 0 | 15 | 1185 | 365 | 820 | 09/17/2030 | 06/19/2028 |
| 09/15/2025 | 2460 | 0 | 0 | 15 | 1200 | 365 | 835 | 09/17/2030 | 06/04/2028 |
| 10/15/2025 | 2490 | 0 | 0 | 15 | 1215 | 365 | 850 | 09/17/2030 | 05/20/2028 |
| 11/14/2025 | 2520 | 0 | 0 | 15 | 1230 | 365 | 865 | 09/17/2030 | 05/05/2028 |
| 12/14/2025 | 2550 | 0 | 0 | 15 | 1245 | 365 | 880 | 09/17/2030 | 04/20/2028 |
| 01/13/2026 | 2580 | 0 | 0 | 15 | 1260 | 365 | 895 | 09/17/2030 | 04/05/2028 |
| 02/12/2026 | 2610 | 0 | 0 | 15 | 1275 | 365 | 910 | 09/17/2030 | 03/21/2028 |
| 03/14/2026 | 2640 | 0 | 0 | 15 | 1290 | 365 | 925 | 09/17/2030 | 03/06/2028 |
| 04/13/2026 | 2670 | 0 | 0 | 15 | 1305 | 365 | 940 | 09/17/2030 | 02/20/2028 |
| 05/13/2026 | 2700 | 0 | 0 | 15 | 1320 | 365 | 955 | 09/17/2030 | 02/05/2028 |
| 06/12/2026 | 2730 | 0 | 0 | 15 | 1335 | 365 | 970 | 09/17/2030 | 01/21/2028 |
| 07/12/2026 | 2760 | 0 | 0 | 15 | 1350 | 365 | 985 | 09/17/2030 | 01/06/2028 |
| 08/11/2026 | 2790 | 0 | 0 | 15 | 1365 | 365 | 1000 | 09/17/2030 | 12/22/2027 |
| 09/10/2026 | 2820 | 0 | 0 | 15 | 1380 | 365 | 1015 | 09/17/2030 | 12/07/2027 |
| 10/10/2026 | 2850 | 0 | 0 | 15 | 1395 | 365 | 1030 | 09/17/2030 | 11/22/2027 |
| 11/09/2026 | 2880 | 0 | 0 | 15 | 1410 | 365 | 1045 | 09/17/2030 | 11/07/2027 |
| 12/09/2026 | 2910 | 0 | 0 | 15 | 1425 | 365 | 1060 | 09/17/2030 | 10/23/2027 |
| 01/08/2027 | 2940 | 0 | 0 | 15 | 1440 | 365 | 1075 | 09/17/2030 | 10/08/2027 |
| 02/07/2027 | 2970 | 0 | 0 | 15 | 1455 | 365 | 1090 | 09/17/2030 | 09/23/2027 |
| 03/09/2027 | 3000 | 0 | 0 | 15 | 1470 | 365 | 1105 | 09/17/2030 | 09/08/2027 |
| 04/08/2027 | 3030 | 0 | 0 | 15 | 1485 | 365 | 1120 | 09/17/2030 | 08/24/2027 |
| 05/08/2027 | 3060 | 0 | 0 | 15 | 1500 | 365 | 1135 | 09/17/2030 | 08/09/2027 |
| 06/07/2027 | 3090 | 0 | 0 | 15 | 1515 | 365 | 1150 | 09/17/2030 | 07/25/2027 |
| 07/07/2027 | 3120 | 0 | 0 | 15 | 1530 | 365 | 1165 | 09/17/2030 | 07/10/2027 |
| 08/06/2027 | 3150 | 0 | 0 | 15 | 1545 | 365 | 1180 | 09/17/2030 | 06/25/2027 |
| 09/05/2027 | 3180 | 0 | 0 | 15 | 1560 | 365 | 1195 | 09/17/2030 | 06/10/2027 |
| 10/05/2027 | 3210 | 0 | 0 | 15 | 1575 | 365 | 1210 | 09/17/2030 | 05/26/2027 |
| 11/04/2027 | 3240 | 0 | 0 | 15 | 1590 | 365 | 1225 | 09/17/2030 | 05/11/2027 |
| 12/04/2027 | 3270 | 0 | 0 | 15 | 1605 | 365 | 1240 | 09/17/2030 | 04/26/2027 |
| 01/03/2028 | 3300 | 0 | 0 | 15 | 1620 | 365 | 1255 | 09/17/2030 | 04/11/2027 |
| 02/02/2028 | 3330 | 0 | 0 | 15 | 1635 | 365 | 1270 | 09/17/2030 | 03/27/2027 |
| 03/03/2028 | 3360 | 0 | 0 | 15 | 1650 | 365 | 1285 | 09/17/2030 | 03/12/2027 |
| 04/02/2028 | 3390 | 0 | 0 | 15 | 1665 | 365 | 1300 | 09/17/2030 | 02/25/2027 |

*EXHIBIT 1*
*2 OF 3*

## FSA Time Credits Assessment And Projection

Gabriel Gonzalez             Reg. No. 30515-112                    Statutory Release Date (GCT): 09/17/2031

| Date | Accrued Program Days | Total Discredited Program Days | New Discredited Program Days | Time Credit Factor | Total FTC | FTCs Toward Release | FTCs Toward Prerelease Custody | Projected Release Date (FSA) | FSA Prerelease Custody Date |
|---|---|---|---|---|---|---|---|---|---|
| 05/02/2028 | 3420 | 0 | 0 | 15 | 1650 | 365 | 1315 | 09/17/2030 | 02/10/2027 |
| 06/01/2028 | 3450 | 0 | 0 | 15 | 1695 | 365 | 1330 | 09/17/2030 | 01/26/2027 |
| 07/01/2028 | 3480 | 0 | 0 | 15 | 1710 | 365 | 1345 | 09/17/2030 | 01/11/2027 |
| 07/31/2028 | 3510 | 0 | 0 | 15 | 1725 | 365 | 1360 | 09/17/2030 | 12/27/2026 |
| 08/30/2028 | 3540 | 0 | 0 | 15 | 1740 | 365 | 1375 | 09/17/2030 | 12/12/2026 |
| 09/29/2028 | 3570 | 0 | 0 | 15 | 1755 | 365 | 1390 | 09/17/2030 | 11/27/2026 |
| 10/29/2028 | 3600 | 0 | 0 | 15 | 1770 | 365 | 1405 | 09/17/2030 | 11/12/2026 |
| 11/28/2028 | 3630 | 0 | 0 | 15 | 1785 | 365 | 1420 | 09/17/2030 | 10/23/2026 |
| 12/28/2028 | 3650 | 0 | 0 | 15 | 1800 | 365 | 1435 | 09/17/2030 | 10/13/2026 |
| 01/27/2029 | 3690 | 0 | 0 | 15 | 1815 | 365 | 1450 | 09/17/2030 | 09/28/2026 |
| 02/26/2029 | 3720 | 0 | 0 | 15 | 1830 | 365 | 1465 | 09/17/2030 | 09/13/2026 |
| 03/28/2029 | 3750 | 0 | 0 | 15 | 1845 | 365 | 1480 | 09/17/2030 | 08/29/2026 |
| 04/27/2029 | 3780 | 0 | 0 | 15 | 1860 | 365 | 1495 | 09/17/2030 | 08/14/2026 |
| 05/27/2029 | 3810 | 0 | 0 | 15 | 1875 | 365 | 1510 | 09/17/2030 | 07/30/2026 |
| 06/26/2029 | 3840 | 0 | 0 | 15 | 1890 | 365 | 1525 | 09/17/2030 | 07/15/2026 |
| 07/26/2029 | 3870 | 0 | 0 | 15 | 1905 | 365 | 1540 | 09/17/2030 | 06/30/2026 |
| 08/25/2029 | 3900 | 0 | 0 | 15 | 1920 | 365 | 1555 | 09/17/2030 | 06/15/2026 |
| 09/24/2029 | 3930 | 0 | 0 | 15 | 1935 | 365 | 1570 | 09/17/2030 | 05/31/2026 |
| 10/24/2029 | 3960 | 0 | 0 | 15 | 1950 | 365 | 1585 | 09/17/2030 | 05/16/2026 |
| 11/23/2029 | 3990 | 0 | 0 | 15 | 1965 | 365 | 1600 | 09/17/2030 | 05/01/2026 |
| 12/23/2029 | 4020 | 0 | 0 | 15 | 1980 | 365 | 1615 | 09/17/2030 | 04/16/2026 |
| 01/22/2030 | 4050 | 0 | 0 | 15 | 1995 | 365 | 1630 | 09/17/2030 | 04/01/2026 |
| 02/21/2030 | 4080 | 0 | 0 | 15 | 2010 | 365 | 1645 | 09/17/2030 | 03/17/2026 |
| 03/23/2030 | 4110 | 0 | 0 | 15 | 2025 | 365 | 1660 | 09/17/2030 | 03/02/2026 |
| 04/22/2030 | 4140 | 0 | 0 | 15 | 2040 | 365 | 1675 | 09/17/2030 | 02/15/2026 |
| 05/22/2030 | 4170 | 0 | 0 | 15 | 2055 | 365 | 1690 | 09/17/2030 | 01/31/2026 |
| 06/21/2030 | 4200 | 0 | 0 | 15 | 2070 | 365 | 1705 | 09/17/2030 | 01/16/2026 |
| 07/21/2030 | 4230 | 0 | 0 | 15 | 2085 | 365 | 1720 | 09/17/2030 | 01/01/2026 |
| 08/20/2030 | 4260 | 0 | 0 | 15 | 2100 | 365 | 1735 | 09/17/2030 | 12/17/2025 |
| 09/19/2030 | 4290 | 0 | 0 | 15 | 2115 | 365 | 1750 | 09/17/2030 | 12/02/2025 |
| 10/19/2030 | 4320 | 0 | 0 | 15 | 2130 | 365 | 1765 | 09/17/2030 | 11/17/2025 |
| 11/18/2030 | 4350 | 0 | 0 | 15 | 2145 | 365 | 1780 | 09/17/2030 | 11/02/2025 |
| 12/18/2030 | 4380 | 0 | 0 | 15 | 2160 | 365 | 1795 | 09/17/2030 | 10/18/2025 |
| 01/17/2031 | 4410 | 0 | 0 | 15 | 2175 | 365 | 1810 | 09/17/2030 | 10/03/2025 |
| 02/16/2031 | 4440 | 0 | 0 | 15 | 2190 | 365 | 1825 | 09/17/2030 | 09/18/2025 |
| 03/18/2031 | 4470 | 0 | 0 | 15 | 2205 | 365 | 1840 | 09/17/2030 | 09/03/2025 |
| 04/17/2031 | 4500 | 0 | 0 | 15 | 2220 | 365 | 1855 | 09/17/2030 | 08/19/2025 |
| 05/17/2031 | 4520 | 0 | 0 | 10 | 2235 | 365 | 1870 | 09/17/2030 | 08/04/2025 |
| 06/16/2031 | 4560 | 0 | 0 | 15 | 2250 | 365 | 1885 | 09/17/2030 | 07/20/2025 |
| 07/16/2031 | 4590 | 0 | 0 | 15 | 2265 | 365 | 1900 | 09/17/2030 | 07/05/2025 |
| 08/15/2031 | 4620 | 0 | 0 | 15 | 2280 | 365 | 1915 | 09/17/2030 | 06/20/2025 |
| 09/14/2031 | 4650 | 0 | 0 | 15 | 2295 | 365 | 1930 | 09/17/2030 | 06/05/2025 |

EXHIBIT 1
3 OF 3

## FSA Time Credit Assessment

Register Number:30515-112, Last Name:GONZALEZ

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 30515-112 | Responsible Facility: FOR |
| Inmate Name | Assessment Date.....: 09-05-2024 |
|   Last............: GONZALEZ | Period Start/Stop...: 12-21-2018 to 09-05-2024 |
|   First...........: GABRIEL | Accrued Pgm Days....: 2085 |
|   Middle..........: | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 640 |
| Gender..........: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 08-03-2006 | Apply FTC to Release: Yes |

```
Start       Stop         Pgm Status   Pgm Days
12-21-2018  07-17-2019   accrue       208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
---------------------------------------------------------------
Start       Stop         Pgm Status   Pgm Days
07-17-2019  09-05-2024   accrue       1877
  Accrued Pgm Days...: 1877
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 945
```

--- FSA Assessment ---------------------------------------------------------

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | | Factor |
|---|---|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | ACTUAL | FSA R-MIN | 04-28-2021 | 1616 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | ACTUAL | FSA R-MIN | 07-16-2022 | 1258 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | ACTUAL | FSA R-MIN | 03-30-2023 | 1541 | 15 |
| 012 | 12-23-2023 | 06-20-2024 | ACTUAL | FSA R-MIN | 09-12-2023 | 0706 | 15 |
| 013 | 06-20-2024 | 12-17-2024 | ACTUAL | FSA R-MIN | 02-27-2024 | 1302 | 15 |

--- Planning ---------------------------------------------------------------

Projected Release Date: 09-17-2031
Projected Release Method: GCT REL
FSA Projected Release Date: 09-17-2030

EXHIBIT 2
1 OF 2

FSA Time Credit Assessment

Register Number:30515-112, Last Name:GONZALEZ

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISON

FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 09-17-2030
FSA Conditional Placement Days: 1735
FSA Conditional Placement Date: 12-17-2025
SCA Proposed Placement Days: N/A
SCA Proposed Placement Date: N/A

EXHIBIT 2
2 OF 2

### FSA Time Credit Assessment
Register Number:30515-112, Last Name:GONZALEZ

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 30515-112 | Responsible Facility: FOR |
| Inmate Name | Assessment Date.....: 10-15-2024 |
|   Last............: GONZALEZ | Period Start/Stop...: 12-21-2018 to 10-15-2024 |
|   First...........: GABRIEL | Accrued Pgm Days....: 2125 |
|   Middle..........: | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 655 |
| Gender............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 08-03-2006 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 07-17-2019 | accrue | 208 |

  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60

----------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-17-2019 | 10-15-2024 | accrue | 1917 |

  Accrued Pgm Days...: 1917
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 960

--- FSA Assessment(s) ------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | R-MIN | 04-28-2021 16:16 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | R-MIN | 04-28-2021 16:16 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | R-MIN | 04-28-2021 16:16 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | R-MIN | 04-28-2021 16:16 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | R-MIN | 04-28-2021 16:16 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | R-MIN | 04-28-2021 16:16 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | R-MIN | 07-16-2022 12:58 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | R-MIN | 03-30-2023 15:41 | 15 |
| 012 | 12-23-2023 | 06-20-2024 | R-MIN | 09-12-2023 07:06 | 15 |
| 013 | 06-20-2024 | 12-17-2024 | R-MIN | 02-27-2024 13:02 | 15 |

EXHIBIT 3
1 OF 2

FSA Time Credit Assessment
Register Number:30515-112, Last Name:GONZALEZ

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case SCA days as of 10-15-2024. These dates
can change if there are changes to one or more of the following: the individuals FSA risk,
FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
Projected Release Date: 09-17-2031
Projected Release Method: GCT REL
FSA Projected Release Date: 09-17-2030
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 09-17-2030
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 09-17-2029*
FSA Conditional Placement Days: 1150
FSA Conditional Placement Date: 07-25-2027
Conditional Transition To Community Date: 07-25-2026*
*Default SCA conditional placement days. This requires a five-factor review!

EXHIBIT 3
2 of 2

# FSA Time Credit Assessment

Register Number:30515-112, Last Name:GONZALEZ

## U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 30515-112 | Responsible Facility: FOR |
| Inmate Name | Assessment Date.....: 07-24-2025 |
|   Last.............: GONZALEZ | Period Start/Stop...: 12-21-2018 to 07-24-2025 |
|   First............: GABRIEL | Accrued Pgm Days....: 2407 |
|   Middle...........: | Disallowed Pgm Days.: 0 |
|   Suffix...........: | FTC Towards RRC/HC..: 805 |
| Gender.............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 08-03-2006 | Apply FTC to Release: Yes |

```
Start        Stop          Pgm Status    Pgm Days
12-21-2018   07-17-2019    accrue        208
   Accrued Pgm Days...: 208
   Carry Over Pgm Days: 0
   Time Credit Factor.: 10
   Time Credits.......: 60
--------------------------------------------------------------
Start        Stop          Pgm Status    Pgm Days
07-17-2019   07-24-2025    accrue        2199
   Accrued Pgm Days...: 2199
   Carry Over Pgm Days: 28
   Time Credit Factor.: 15
   Time Credits.......: 1110
```

--- FSA Assessment(s) ------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | R-MIN | 04-28-2021 16:16 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | R-MIN | 04-28-2021 16:16 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | R-MIN | 04-28-2021 16:16 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | R-MIN | 04-28-2021 16:16 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | R-MIN | 04-28-2021 16:16 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | R-MIN | 04-28-2021 16:16 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | R-MIN | 07-16-2022 12:58 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | R-MIN | 03-30-2023 15:41 | 15 |
| 012 | 12-23-2023 | 06-20-2024 | R-MIN | 09-12-2023 07:06 | 15 |
| 013 | 06-20-2024 | 12-17-2024 | R-MIN | 02-27-2024 13:02 | 15 |
| 014 | 12-17-2024 | 06-15-2025 | R-MIN | 08-27-2024 07:41 | 15 |
| 015 | 06-15-2025 | 12-12-2025 | R-MIN | 02-18-2025 09:26 | 15 |

*EXHIBIT 4*
*1 OF 2*

FSA Time Credit Assessment
Register Number:30515-112, Last Name:GONZALEZ

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
  All conditional days and conditional dates below are the individual's best case scenario
  given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
  07-24-2025. These dates can change if there are changes to one or more of the following: the
  individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

  SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
  OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
  REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
  ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1) THE RESOURCES OF THE
  FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
  CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
  (a) CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
  WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
  (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

  Projected Release Date: 09-17-2031
  Projected Release Method: GCT REL
  FSA Projected Release Date: 09-17-2030
  FSA Projected Release Method: FSA REL
  FSA Conditional Release Date: 09-17-2030
  SCA Recommended Placement Days (Following 5 Factor Review): 365
  SCA Recommended Placement Date: 09-17-2029
  SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 180
  FSA Conditional Placement Days: 1150
  FSA Conditional Placement Date: 07-25-2027
  Conditional Transition To Community Date: 07-25-2026
  Maximum Statutory Home Confinement Placement Date (if appropriate): 01-26-2027
  Recommended Home Confinement Placement Date (if appropriate): 01-26-2027

EXHIBIT 4
2 OF 2

## FSA Time Credit Assessment

Register Number:30515-112, Last Name:GONZALEZ

**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 30515-112 | Responsible Facility: FOR |
| Inmate Name | Assessment Date.....: 10-16-2025 |
|   Last............: GONZALEZ | Period Start/Stop...: 12-21-2018 to 10-16-2025 |
|   First...........: GABRIEL | Accrued Pgm Days....: 2491 |
|   Middle..........: | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 850 |
| Gender............: MALE | FTC Towards Release.: 365 |
| Start Incarceration: 08-03-2006 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-21-2018 | 07-17-2019 | accrue | 208 |

    Accrued Pgm Days...: 208
    Carry Over Pgm Days: 0
    Time Credit Factor.: 10
    Time Credits.......: 60

--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-17-2019 | 10-16-2025 | accrue | 2283 |

    Accrued Pgm Days...: 2283
    Carry Over Pgm Days: 28
    Time Credit Factor.: 15
    Time Credits.......: 1155

--- FSA Assessment(s) ----------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | R-MIN | 04-28-2021 16:16 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | R-MIN | 04-28-2021 16:16 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | R-MIN | 04-28-2021 16:16 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | R-MIN | 04-28-2021 16:16 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | R-MIN | 04-28-2021 16:16 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | R-MIN | 04-28-2021 16:16 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | R-MIN | 04-28-2021 16:16 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | R-MIN | 07-16-2022 12:58 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | R-MIN | 03-30-2023 15:41 | 15 |
| 012 | 12-23-2023 | 06-20-2024 | R-MIN | 09-12-2023 07:06 | 15 |
| 013 | 06-20-2024 | 12-17-2024 | R-MIN | 02-27-2024 13:02 | 15 |
| 014 | 12-17-2024 | 06-15-2025 | R-MIN | 08-27-2024 07:41 | 15 |
| 015 | 06-15-2025 | 12-12-2025 | R-MIN | 02-18-2025 09:26 | 15 |

EXHIBIT 5
1 OF 2

## FSA Time Credit Assessment

Register Number:30515-112, Last Name:GONZALEZ

**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
10-16-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 09-17-2031
Projected Release Method: GCT REL
FSA Projected Release Date: 09-17-2030
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 09-17-2030
SCA Recommended Placement Days (Following 5 Factor Review): 365
SCA Recommended Placement Date: 09-17-2029
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
FSA Conditional Placement Days: 1165
FSA Conditional Placement Date: 07-10-2027
Conditional Transition To Community Date: 07-10-2026
Max. Statutory HC Placement Date (if approp.): 01-09-2027
Recommended HC Placement Date (if approp.): 01-09-2027

EXHIBIT 5
2 of 2

Gabriel Gonzalez
# 30515-112
P.O. Box 9000 - Low
Forrest City, AR 72336

DSCC Office
Federal Bureau of Prisons
Attn: Rick Stover - FSA Task Force
346 Marine Forces Dr.
Grand Prairie, TX 75051

6 FILE COPY

7/21/25

RE: Request for FSA Recalculation

Dear Mr. Stover and FSA Task Force Personnel,

This document shall serve as my formal request for recomputation of my FSA Time Credits and for their respective application.

This request includes, in part, that the Bureau of Prisons conform its calculation method to comply with the mandates of 18 U.S.C. 3624(g)(1)(C) wherein it is stated that an eligible prisoner [have] the remainder of the prisoner's TERM OF IMPRISONMENT computed under applicable law; meaning a prisoner's entire sentence term and not just the portion leading up to a prisoner's FSA Conditional Placement Date. This means that a prisoner's projected time credits which he will earn between his Conditional Placement Date through to his Projected Release Date must be included as part of this recalculation.

Recent formal grievance requests to comply with Director Marshall's instructions have been refused submission-acceptance or compliance for the reasons described in the attached documents. (see attached).

My present efforts to expedite the recomputation of my sentence through the U.S.D.C. for the Eastern District of Arkansas, while still active, have not yet



EXHIBIT 6
1 OF 5

1

received the prompt resolution I have sought. (see 2:24-CV-00151, 2:24-CV-00152, 2:24-CV-00153, and 2:24-CV-00207 respectively).

The correct and accurate assessment and application of both my FSA time credits and SCA credits appears, in part, with the Bureau's 9/05/24 FSA Assessment record—applying my FSA credits calculated through to my PRD. This, coupled with my 12 months of SCA credits, results in my Transition to Community Date as being 12/17/24. My current computation is in error and does not reflect my projected credits as referenced by Director Marshall and by the related FSA statutes. I request a recomputation in accord with this assessment.

For these reasons, and in accord with the mandates and directives outlined in Director Marshall's memorandum of July 14, 2025, I request a correction and recomputation of my FSA and SCA time credits.

Sincerely,

Gabriel Gonzalez

EXHIBIT 6
2 OF 5

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint.  This form shall be used to document your efforts towards informally resolving your grievance.

*6FILED COPY*

Inmate=s Name:  Gabriel Gonzalez                    Date:   7/09/25

Register Number:   30515-112          Unit:   H-C

Specific Complaint and Requested Relief:

With the Bureau's recent implementation of Director Marshall's new FSA time credit calculation and priority classification mandates (Exhibit 1), I wish to have my FSA Time Credit Assessment worksheet hand-calculated to coincide with my accurate worksheet of 9/05/24.  (Exhibit 2).  As described by BOP Director in his memo of May 28th, 2025, he has found the Bureau's current calculus to be violative of statutory law stating it is the "Bureau [staff's] responsibility to uphold the law" and "The Bureau remains committed to the rule of law." I therefore ask that my Conditional Placement Date and Conditional Transition to Community Date be updated to reflect 12/17/24 as the correct calculation with my SCA credits and my 'expected to earn' 'projected time credits.' (see also; Marshall's Directive of June 17, 2025 (Exhibits 3 & 4), and Warden Humphrey's Directive of June 25, 2025 (Exhibit 5)).

Efforts Made By Inmate to Informally Resolve Grievance (be specific):

This is my first attempt to resolve this issue with the prison, using the BOP Director's recently issued directive to Bureau staff members, through the Bureau's formal administrative grievance procedures.

Counselor=s Comments:

_____        _____
Correctional Counselor=s Review Date    Unit Manger=s Review Date

DATE BP-9 was ISSUED_____

*EXHIBIT 6*
*3 OF 5*

*Mason Humphreys*
*Memo of 6/25/2*

## Home Confinement and Prerelease Placement Updates

### We're Maximizing Pre-Release Custody

The Bureau of Prisons (BOP) is combining or "stacking" two laws—the *First Step Act (FSA)* and the *Second Chance Act (SCA)*—with the goal of maximizing the amount of time eligible individuals can spend in prerelease custody.

### More People Will Go Directly to Home Confinement (HC)

- If you've earned time credits under the FSA and able to apply your credits and/or are eligible under the SCA, you do not require the services of a Residential Reentry Center (RRC), and meet eligibility requirements and are appropriate for HC, you shall be referred directly to **HC**.

- The goal is to reserve halfway house beds for those who need them most.

### Conditional Placement Dates

- For those who are FSA eligible and able to apply FTCs, your release to the community will be based on a **Conditional Placement Date**, which considers both your earned FSA Time Credits *and* whether you're eligible under the SCA.

- These are **projected dates**, meaning they assume you continue to successfully participate in programming and remain discipline-free.

### If You Qualify, Your Referral Should Not Be Delayed

- If you're eligible under FSA and/or SCA and meet all criteria, **your referral should not be delayed.**

- Staff will refer you based on your **Conditional Placement Date**, even before your credits are fully earned.

### What You Don't Need to Be Referred

- **You do not need to have prior employment** to be considered for home confinement.

- Your **potential** to work may be viewed positively, but it is not required.

- Your release plan, stability, and public safety risks are what matter most.

### The Rules Are Clear

- There is **no limit** on how many FSA credits you can apply toward home confinement.

- If you're only eligible under the SCA, your prerelease time is limited to **up to 12 months in a halfway house or up to 6 months (or 10% of your sentence) in home confinement**—whichever is less.

- For individuals who have earned less than 365 days of FSA Time Credits towards supervised release, staff must also consider adding **up to** an additional 12 months of prerelease time under the SCA, **based on the five-factor review.**

  - The FSA Time Credit Work Sheet for time under the SCA defaults to and will remain "0" until your Unit Team inputs the prerelease time as determined based on the five-factor review. This number will range from 0 to 12 months.

*EXHIBIT 6*
*4 of 5*

GONZALEZ, GABRIEL  30515112

Good afternoon,

Thank you for your email regarding the inmate's request for recalculation of the FSA worksheet.

Please be advised that matters related to FSA worksheets, credits, and calculations do not fall within our purview. As such, we are unable to take action on these requests. Any correspondence received from the inmate(s) regarding FSA will be forwarded by our office to the appropriate institution, as it is not within our scope to respond directly.

Additionally, as of this response please inform the inmate that the Designation and Sentence Computation Center (DSCC) does not currently calculate eligibility regarding FSA/SCA credits. These matters should continue to be addressed through the appropriate channels at the institutional level.

Thank you for your attention to this matter.

Respectfully,

Good morning, the inmate listed above is requesting a recalculation of his FSA worksheet. His request was forwarded back to the institution stating this issue can be more appropriately addressed at the institutional level. The issue has been addressed at the institutional level, the inmate completed a BP-8 and the Unit Team has provided him with a response. He then followed his administrative remedies to have his FSA worksheet reviewed for accuracy by a higher office. We are unable to make changes to any FSA worksheet credits outside of the 365 days of SCA placement. As a result, I am unsure why this is forwarded back to the institution for a response when the inmate and staff have exhausted their resources here at the local level. Thank you.

EXHIBIT 6
5 OF 5

```
FORBN            *        SENTENCE MONITORING              *       10-30-2025
PAGE 001 OF 001 * NEW INDEPENDENT SENTENCE COMPUTATION - FSA *      10:40:00


SENTENCE PROCEDURE:  [4080] 3559 PLRA SENTENCE
TERM IN EFFECT....:  Y: [    ] M: [    ] D: [      ]     DCB......: [          ]
TIE CONVERTED.....:  Y:       M:      D:                DOB......: [          ]
                                      D:

PROJ GCT TO AWARD.:
DISALLOW / FORFEIT:  [      ] ANNUAL AND [   ] PRORATED
FINAL GCT AWARDED.:
PRORATE GCT FROM..:


JAIL CREDIT FROM..:  [07-27-2026] THRU: [09-17-2030]
            FROM..:  [          ] THRU: [          ]
            FROM..:  [          ] THRU: [          ]      JC DAYS..: [1514]
INOP TIME   FROM..:  [          ] THRU: [          ]      INOP DAYS: [      ]

GED  UNSAT  FROM..:  [          ] THRU: [          ]
            FROM..:  [          ] THRU: [          ]
6 MONTH/ 10% DATE.:                                      PROJ SRD.:
TWO THIRDS DATE...:                                      EFT......:
DAYS OVERSERVED...:                                      HARDCOPY.: [N]


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

*(handwritten, right side)*
1514
- 1165 - FSA
349 - SCA

EXHIBIT 7
1 OF 1