FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 23 2026

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

United States District Court
Eastern District of Arkansas
Delta Division

Gabriel Gonzalez
Petitioner, Pro Se

v.

C. Humphrey, Warden
Respondent

Case Number
2:24-CV-00151-LPR-PSH

Motion for issuance
of a Show Cause Order

    The above named petitioner asks that this Honorable Court finds cause to issue a Show Cause order to the respondent in light of the newly discovered records that were not made previously available for this court's examination.

    Recently, the petitioner in this matter presented this court with a sentence computation record that has been previously withheld by the respondent, but is presently being used as a second, clandestine FSA time credit computation that adversely alters his true FSA Time Credit Assessment under 18 U.S.C. §§ 3632(d)(4)(C) and 3624(g)(1)(A-C). (see Exhibit 1 for a blank version of the BOP's format).

    The details of this secretive record have been previously explained to this court and need not be repeated here, unless requested by this court. And since it is believed, by this petitioner, that this record is being used to whitewash the BOP's error in properly calculating prisoner sentences, the petitioner asks this court issue a Show Cause Order to the respondent asking for the Bureau of Prisons;

1.     explanation and purpose behind its 'Sentence Monitoring: New Independent Sentence Computation-FSA' assessment record,

2.  rationale for excluding these FSA Programming Days and associated FSA time credits from the petitioner's FSA Time Credit Assessment computation, and

3.  explanation as to where the BOP plans to apply these FSA time credits that the petitioner will, or is expected to, earn while in prerelease custody since he will already be in prerelease custody at the time he earns them with nowhere to apply them but-for the Bureau's failure to allot a time period to have them credited "toward time" in prerelease custody under § 3632(d)(4)(C).

For these reasons, and in the interest of justice and judicial economy in the examination and expeditious resolution of this matter, the petitioner asks that a Show Cause Order be issued, and any other action or relief this court deems proper and just.

### Verification

I have read the foregoing Motion for issuance of a Show Cause Order and hereby verify that the matters alleged herein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true and correct. Executed at Forrest City, Arkansas on this 17th day of February, 2026.

Gabriel Gonzalez
Petitioner, Pro Se

### Certificate of service

I certify under the penalty of perjury that the foregoing Motion for issuance of a Show Cause Order was placed in the prison's internal mail system, postage pre-paid, for service upon this court via U.S. mail on this 17th day of February, 2026. The petitioner asks this court's clerk to serve all other interested parties by electronic notification and to serve him with a stamped filed copy of this motion.

Gabriel Gonzalez
Petitioner, Pro Se

```
 FORBN                *           SENTENCE MONITORING              *
PAGE 001 OF 001 * NEW INDEPENDENT SENTENCE COMPUTATION - FSA *


SENTENCE PROCEDURE:  |4080| 3559 PLRA SENTENCE
TERM IN EFFECT....: Y: [    ] M: [    ] D: [         ]        DCB.......: [            ]
TIE CONVERTED.....: Y:         M:       D:                    DOB.......: [            ]
                                         D:

PROJ GCT TO AWARD.:
DISALLOW / FORFEIT: [        ] ANNUAL AND  [   ] PRORATED
FINAL GCT AWARDED.:
PRORATE GCT FROM..:


JAIL CREDIT FROM..: [          ] THRU: [          ]
            FROM..: [          ] THRU: [          ]
            FROM..: [          ] THRU: [          ]           JC DAYS..: [        ]
INOP TIME   FROM..: [          ] THRU: [          ]           INOP DAYS: [        ]


GED  UNSAT  FROM..: [          ] THRU: [          ]
            FROM..: [          ] THRU: [          ]
6 MONTH/ 10% DATE.:                                           PROJ SRD.:
TWO THIRDS DATE...:                                           EFT......:
DAYS OVERSERVED...:                                           HARDCOPY.: N

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

EXHIBIT 1
1 OF 1