United States District Court
Eastern District of Arkansas
Eastern Division

2026 JUL 20 A 10: 15

TAMMY H DOWNS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 0 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

Gabriel Gonzalez
Petitioner, Pro Se

Case Number(s)
2:24-CV-00151,
2:24-CV-00152,
2:24-CV-00153, and
2:24-CV-00156

v.


C. Humphrey, Warden
Respondent


## Motion For Extension of Time


Gabriel Gonzalez asks this Honorable Court to grant him a brief extension of time to file his reply brief to this circuit's resolution to the Osorio-Calderon matter and to the respondent's recent notice opposing this Court's authority and jurisdiction to hear the above cited claim(s).


On 7/15/26 and 7/16/26 respectively, Gonzalez was served with several respondent's notice briefs in the above cited matters. These briefs were delivered to Gonzalez through the prison's regular internal mail system and not through the prison's legal mail system. This has been the first time Gonzalez was made aware of the Eighth Circuit Court of Appeals final decision in the Osorio-Calderon matter (No. 25-3090).

Upon receipt of the respondent's brief, Gonzalez conducted a search through the prison's electronic law library—located in the prison's education department—to familiarize himself with the certified LEXIS-NEXIS version of the Circuit Court's

holding.  No such court of opinion appears on the prison's law library network and a discussion with prison staff reveals that the prison's law library is updated periodically and not immediately upon the publishing of any specific court holding.  Gonzalez was advised that updates are generally once every 30 days.

In addition, the prison has recently experienced a series of closures to its various programs, including to its law library and education department, due to staff shortages, staff augmentations to work other areas of the prison, staff meetings and training sessions, and maintenance issues—all of which have resulted in the sporadic and extended denial of access to the prison's legal resource materials.

Gonzalez asserts he needs to have access to the prison's legal resource materials in order that he may properly research and prepare his brief to this court as well as to address the legal arguments proffered by the respondent.

For these reasons, Gonzalez asks this court to grant him a brief 45-day extension of time to seek alternate means of research and study of these issues so that he may tender a proper brief for this court's examination in the above cited matters.

## VERIFICATION

I have read the foregoing Motion For Extension of Time and hereby verify that the matters alleged herein are true, except as to the matters alleged on information and belief, and as to those, I believe them to be true and correct.  Executed at Forrest City, Arkansas on this 16th day of July 2026.

Gabriel Gonzalez
Petitioner, Pro Se

## CERTIFICATE OF SERVICE

I certify under the penalty of perjury that the Motion For Extension of Time was placed in the prison's internal mail system, postage pre-paid, for service upon this Court via U.S. mail on this 16th day of July 2026 to this court. The Petitioner asks this Court's Clerk to serve all other interested parties by electronic notification and serve him with a stamped filed copy of this motion.

Gabriel Gonzalez
Petitioner, Pro Se