**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**GABRIEL GONZALEZ** **PETITIONER**
**Reg #30515-112**

**v.** **Case No: 2:24-cv-00151-LPR**

**C. GARRETT,**
***Warden*** **RESPONDENT**

# JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. All requested relief is DENIED.

IT IS SO ADJUDGED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE